IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEITH WARRINGTON        :       CIVIL ACTION
                                     :
       v.                      :       No. 12-2693
                                     :
GERALD ROZUM, et al.      :

## ORDER

       AND NOW, this 3rd day of December, 2012, upon careful and independent consideration of Petitioner Keith Warrington's pro se Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Reuter, to which no objections have been filed,[1] it is ORDERED:

       1.       The Report and Recommendation is APPROVED and ADOPTED;

       2.       The petition for a writ of habeas corpus is DENIED and DISMISSED;

       3.       There are no grounds to issue a certificate of appealability[2]; and

       4.       The Clerk of the Court shall mark this case CLOSED.

                                BY THE COURT:


                                /s/ Juan R. Sánchez
                                Juan R. Sánchez, J.

---

[1] The Report and Recommendation was sent to all parties of record on November 8, 2012.  Pursuant to Local Civil Rule 72.1 IV(b), a party may object to a magistrate judge's report "within fourteen (14) days after issuance of the magistrate judge's order."  As of today's date, no objections have been filed.

[2] Petitioner has not demonstrated that reasonable jurists would find the Magistrate Judge's assessment of the constitutional claims debatable or wrong, or that the issues presented were adequate to deserve encouragement to proceed further.  *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (citations omitted).